**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **ROBERT R. KORBE,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | **Civil Action No.** |
| **v.** ) | **26-11958-FDS** |
| ) | |
| **WARDEN BOWERS, F.M.C. DEVENS,** ) | |
| ) | |
| **Respondent.** ) | |
| ) | |

## ORDER

**SAYLOR, J.**

*Pro se* litigant Robert R. Korbe, who is incarcerated at FMC Devens, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 and paid the filing fee.  Upon review of the petition, this court hereby orders:

1.      The clerk shall serve the petition on the warden of FMC Devens and the United States District Attorney for the District of Massachusetts.

2.      The respondent shall, within 21 days of the date of this order, respond to the petition.

**So Ordered.**

 /s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Dated:  May 5, 2026                    United States District Judge